Case Number:                AT 3330-0084

Location of Search:

Mark Anthony McCray Residence

1201 Devonshire Drive

Sumter, SC 29154

## Search Warrant Inventory

| Item # | Description |
|--------|-------------|
| 1 | Apple iPhone, Gold in Color, No Serial No. Visible (Taran McCray, wife phone) |
| 2 | Samsung Cell Phone, Black in Color, No Serial No. Visible |
| 3 | Amazon Kindle Device, Black in color, Model: M8S26G, IC: 24056-6784 |
| 4 | Soft cover book, "Pit Dog Savior", White in Color |
| 5 | Three (3) Postal Letters addressed to "Mark McCray" containing dog pedigrees |
| 6 | HP Probook, SN: 5CD0318TZN |
| 7 | Four (4) Pedigrees |
| 8 | Lexar Thumb Drive, 16GB, White/gray in color |
| 9 | Vet bill invoice and paper bag containing syringes (no sharps) |
| 10 | Rape/Breeding Stand |
| 11 | Two (2) Flirt Poles |
| 12 | Canvas tote bag containing various animal medications including syringes w/sharps |
| 13 | Twenty (20) Dogs |

On September 25, 2022 at __11:19__ hours, this inventory was prepared and a copy was provided in the following manner:

__X__ No person was present to provide a copy of this inventory, subsequently it was left at the below locations: Kitchen Bar Table at 1201 Devonshire Dr., Sumter, SC

_____ A copy of this inventory was provided to the following person:

Name:                                          Signature:

Address:

I, the inventory officer, certify this inventory depicts a true and accurate representation of the items seized pursuant to the search warrant.

Inventory Officer:                                      Witness:

Printed Name: Jeffrey S. Blackwell, USDA-OIG, SER, Chattanooga, TN

Printed Name: Nathan Unger, USDA-OIG,